Certificate Number: 14912-PAM-DE-032375231

Bankruptcy Case Number: 18-05305


14912-PAM-DE-032375231

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 2, 2019, at 3:35 o'clock PM EST, Shannon Mcbride completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 2, 2019     By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor