```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-05305-HWV
Shannon E McBride                                                   Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: admin              Page 1 of 1              Date Rcvd: Apr 04, 2019
                              Form ID: 318             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
```
db            +Shannon E McBride,    33 College Hill Road,    Enola, PA 17025-2108
5142881       +Cumberland County Tax Bureau,    21 Waterford Dr,   Suite 201,    Mechanicsburg, PA 17050-8268
5142882       +East Pennsboro Township,    98 South Enola Drive,    Enola, PA 17025-2796
5142887        Geisinger Holy Spirit,    PO Box 983034,    Boston, MA 02298-3034
5142888       +JSDC,   11 East Chocolate Ave., Ste. 300,    Hershey, PA 17033-1320
5142891       +National Enterprise Systems,    2479 Edison Blvd., Unit A,    Twinsburg, OH 44087-2476
5142894       +PNC Bank,   Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                Cleveland, OH 44101-4982
5142893        Pinnacle Health ABC, LLC,    PO Box 829791,   Philadelphia, PA 19182-9791
5142895       +Schein Ernst Mishra Eye,    10 Capital Drive, Ste. 300,    Harrisburg, PA 17110-9412
5142896        Target,   Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5142878       +EDI: CAPITALONE.COM Apr 04 2019 23:18:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
5142880       +EDI: CCS.COM Apr 04 2019 23:18:00      Credit Collection Services,    725 Canton Street,
                Norwood, MA 02062-2679
5142883       +E-mail/Text: egssupportservices@alorica.com Apr 04 2019 19:25:06      EGS Financial Care, Inc.,
                PO Box 1020,    Dept 806,   Horsham, PA 19044-8020
5142884        E-mail/Text: data_processing@fin-rec.com Apr 04 2019 19:24:46
                Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
5142885       +EDI: FSAE.COM Apr 04 2019 23:18:00      Firstcource Advantage, LLC,    205 Bryant Woods South,
                Buffalo, NY 14228-3609
5142886       +EDI: FSAE.COM Apr 04 2019 23:18:00      Firstsource Advantage, LLC,    205 Bryant Woods South,
                Buffalo, NY 14228-3609
5142889        E-mail/Text: camanagement@mtb.com Apr 04 2019 19:24:46      M & T Bank,    Attn: Bankruptcy,
                Po Box 844,    Buffalo, NY 14240
5142890       +EDI: MID8.COM Apr 04 2019 23:18:00      Midland Funding,    2365 Northside Dr Ste 300,
                San Diego, CA 92108-2709
5142892        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2019 19:24:57      PA Department of Revenue,
                P.O. Box 280946,    Harrisburg, PA 17128-0946
5143472       +EDI: PRA.COM Apr 04 2019 23:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
                                                                                                TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5142879      ##Capital Tax Collection Bureau,    2301 North 3rd Street,    Harrisburg, PA 17110-1893
                                                                                    TOTALS: 0, * 1, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Johanna Hill Rehkamp    on behalf of Debtor 1 Shannon E McBride jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Shannon E McBride** | Social Security number or ITIN    xxx–xx–2647 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Middle District of Pennsylvania** | | |
| Case number:    **1:18–bk–05305–HWV** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shannon E McBride

**By the court:**

4/4/19

*[signature: Henry W. Van Eck]*

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318        **Order of Discharge**        page 1

Case 1:18-bk-05305-HWV    Doc 19    Filed 04/06/19    Entered 04/07/19 00:43:07    Desc
Imaged Certificate of Notice     Page 2 of 3

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**