United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Shannon E McBride
      Debtor

Case No. 18-05305-HWV
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: admin      Page 1 of 1      Date Rcvd: Apr 05, 2019
                      Form ID: fnldecac      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2019.
db            +Shannon E McBride,   33 College Hill Road,   Enola, PA 17025-2108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
        James  Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        Johanna Hill Rehkamp   on behalf of Debtor 1 Shannon E McBride jhr@cclawpc.com,
        jlaughman@cclawpc.com;jbartley@cclawpc.com
        Markian R Slobodian (Trustee)   PA49@ecfcbis.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                          TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Shannon E McBride,                    Chapter        7

**Debtor 1**
                                      Case No.       1:18−bk−05305−HWV


Social Security No.:
                         xxx−xx−2647
Employer's Tax I.D. No.:


# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

### Markian R Slobodian (Trustee)


is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.


Dated:  April 4, 2019

BY THE COURT

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)